UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Sandra Thompson )<br>Plaintiff, )<br>)<br>v. )<br>)<br>Accounts Receivable )<br>Management, Inc. )<br>Defendant )<br>) | Civil Action No.<br><br>COMPLAINT AND DEMAND<br>FOR JURY TRIAL<br><br>October 24, 2008 |

COMPLAINT

I. *Introduction*

1. This is an action for damages brought by an individual consumer for defendant Account Receivable Management Inc.'s (hereinafter "ARM") violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.* (hereinafter "FDCPA") which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices

II. *Jurisdiction*

2. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. §1337.

III. *Parties*

3. Plaintiff Sandra Thompson is a natural person residing at 39 Clearview Drive,

Bridgeport, Connecticut 06606.

4. Defendant Accounts Receivable Management, Inc. is a New Jersey corporation engaged in the business of collecting debts in this state with its principal place of business located at 155 Mid Atlantic Parkway, Thorofare, New Jersey 08086.

5. The defendant regularly collects or attempts to collect, directly or indirectly, consumer debts owed or due or asserted to be owed or due another and is therefore a "debt collector" within the meaning of 15 U.S.C §1692a(6).

IV. *Factual Allegations*

6. On October 30, 2007, the defendant ARM, in an attempt to collect a consumer debt from the plaintiff, sent the plaintiff a collection letter, a copy of which is attached hereto as Exhibit A.

7. The first paragraph of the collection letter reads in part as follows" Please be advised that in compliance with your contractual agreement with SLM Financial, you [sic] current balance of $11127.06 will be increased by 35% or $3894.47 for reasonable collection fees  These additional fees are due to this account being charged off as a collection account in accordance with your contract with SLM Financial.  SLM Financial has authorized this action to take place 30 days from the date of this letter."

8. The letter also stated "If you notify our office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this

office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification."

9.  By letter sent certified mail, return receipt requested on November 19, 2007, the plaintiff requested "paperwork showing the origin of the loan, original creditor, amount and validation".

10.  The certified mail was accepted by the defendant whose agent Christine Juhasz signed for the same.

11.  The plaintiff has never received a response to her request from the defendant but the defendant nevertheless has continued its collection activities.

12.  As a result of the acts alleged above, Plaintiff became very anxious.

V  *First Claim for Relief*

13.  Plaintiff repeats and realleges and incorporates by reference paragraphs one through twleve above.

14.  By the defendant's actions as described above, the defendant violated the FDCPA. Defendant's violations include, but are not limited to, the following:

    a.  By attempting to collect

    35% of the balance as "reasonable collection fees", the defendant

    has attempted to collect amounts not authorized by the agreement

creating the debt or permitted by law in violation of 15 U.S.C. §1692f(1).

b.  By stating that the debt would be increased by 35% or $3894.47 for reasonable collection fees, the defendant used false, deceptive or misleading representations or means in connection with the collection of this debt in violation of 15 U.S.C. §1692e(2) by making a false representation as to the amount of the debt.

c.  By failing to respond to the plaintiff's written request for validation of the debt and continuing collection activities, the defendant violated 15 U.S.C. §1692g(b).

15. As a result of the above violations of the FDCPA, the Defendant is liable to the Plaintiff in the sum of Plaintiff's actual damages, statutory damages, and costs and attorney's fees.

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendant in the amount of:

(a) actual damages pursuant to 15 U.S.C §1692k(a)(1);

(b) statutory damages pursuant to 15 U.S.C. §1692k(a)(2)(A).

(c) costs and reasonable attorney's fees pursuant to 15 U.S.C §1692k(a)(3).

(d) for such other and further relief as may be just and proper.

The Plaintiff requests a jury trial.

The Plaintiff Sandra Thompson

by_____
Gary P. Sklaver, Esq.
Plaintiff's Attorney
Fed. Bar No. ct07327
Licari, Walsh & Sklaver, LLC
105 Court Street, New Haven, CT 06511
Tel. 752-1450, Fax: 752-1401
Email: gsklaver@yahoo.com

P.O BOX 129
Thorofare, NJ 08086-0129

E XHiBiT A

**ARM** ACCOUNTS RECEIVABLE MANAGEMENT, INC.

RETURN SERVICE REQUESTED

P.O. Box 129
Thorofare, NJ 08086-0129

October 30, 2007

5960-2050

Acct#: 10446500
SANDRA H THOMPSON
PO BOX 3296
NEW HAVEN CT  06515-0396

Creditor:    SALLIE MAE INC
Account #:   047443686-0101
Total Due:   $11127.06
Claim Date:

**Important Notice**

Dear SANDRA H THOMPSON:

Please be advised that in compliance with your contractual agreement with SLM Financial, you current balance of $11127.06 will be increased by 35% or $3894.47 for reasonable collection fees. These additional fees are due to this account being charged off as a collection account in accordance to your contract with SLM Financial. SLM Financial has authorized this action to take place 30 days from the date of this letter. Please contact the number listed below to avoid these additional fees.

Local (856) 931-4500 Ext 6321      TOLL FREE (800) 220-3350 Ext 6321

As of the date of this letter, you owe $11127.06. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you before depositing the check for collection. For further information write the undersigned or call 1-800-220-3350.

For your convenience, payments can be made on-line at www.arm1payments.com or by using our automated phone feature by dialing 800-220-3350 and take option 1.

We accept payment by Credit Card (Visa, MasterCard and American Express) or by a direct debit from your bank via an ACH transaction from your checking or savings account.

Please call either number above for assistance.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

**This communication is from a debt collection agency.**
This is an attempt to collect a debt and any information obtained will be used for that purpose.
NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION THAT MAY APPLY TO YOU.

---

Creditor:    SALLIE MAE INC
Account #:   047443686-0101
Total Due:   $11127.06
Claim Date:

| IF PAYING BY VISA, MASTERCARD OR AMERICAN EXPRESS, FILL OUT BELOW |
| --- |

| ☐ VISA | ☐ MASTERCARD | | ☐ AMER. EXP. |
| --- | --- | --- | --- |
| CARD NUMBER | | EXP. DATE | AMOUNT |
| SIGNATURE | | MUST INCLUDE 3 DIGIT SECURITY CODE FROM BACK OF CARD | |

Phone number for verification of information if necessary:(_____) _____

SANDRA H THOMPSON
PO BOX 3296
NEW HAVEN CT  06515-0396



Acct#: 10446500
ACCOUNTS RECEIVABLE MANAGEMENT, INC.
P.O. BOX 129
THOROFARE, NJ 08086-0129

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Sandra Thompson )<br>Plaintiff, )<br>)<br>v. )<br>)<br>Accounts Receivable )<br>Management, Inc. )<br>Defendant ) | Civil Action No.<br><br>COMPLAINT AND DEMAND<br>FOR JURY TRIAL<br><br>October 24, 2008 |

## DEMAND FOR JURY TRIAL

Please take notice that Plaintiff demands trial by jury in this action.

The Plaintiff Sandra Thompson

by_____
Gary P. Sklaver, Esq.
Plaintiff's Attorney
Fed. Bar No. ct07327
Licari, Walsh & Sklaver, LLC
105 Court Street, New Haven, CT 06511
Tel. 752-1450, Fax: 752-1401
Email: gsklaver@yahoo.com