UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*******************************
Sandra Thompson　　　　　　　　　　*  Civil Action
　　　　　　　　　　　　　　　　　　*  No. 3:08 CV 1633 (CFD)
　　Plaintiff　　　　　　　　　　　*
　　　　　　　　　　　　　　　　　　*
vs.　　　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　　　*
Accounts Receivable Management, Inc  *  November 21, 2008
　　　　　　　　　　　　　　　　　　*
　　Defendant　　　　　　　　　　　*
*******************************

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Plaintiff hereby dismisses this action, with prejudice, as against the defendant. The matter has been settled.

　　　　　　　　　　The Plaintiff

　　　　　　　　　　By /s/ Gary P. Sklaver_____
　　　　　　　　　　Gary P. Sklaver, Esq.
　　　　　　　　　　Her Attorney
　　　　　　　　　　Fed Bar No.: ct07327
　　　　　　　　　　105 Court Street, New Haven, CT 06511
　　　　　　　　　　Telephone: 203 752-1450; Fax: 203 752-1401
　　　　　　　　　　email: gsklaver@licari-walsh.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been served via U. S. Mail, postage prepaid upon Accounts Receivable Management, Inc., 155 Mid Atlantic Parkway, Thorofare, NJ 08086 on November 21, 2008.

　　　　　　　　　　/s/ Gary P. Sklaver_____
　　　　　　　　　　Gary P. Sklaver

1